UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

   v.          Case No. 6:12-cr-261-Orl-28KRS
                  (Forfeiture)

**BRUCE LEE JENNINGS**

**RECORD OWNERS: Bruce L. Jennings and Joanne M. Jennings, as husband and wife**

## GOVERNMENT'S NOTICE OF LIS PENDENS

TO BRUCE L. JENNINGS AND JOANNE M. JENNINGS AND ALL OTHERS WHOM IT MAY CONCERN:

PURSUANT TO FLORIDA STATUTES ANNOTATED §48.23 (West 2009) and 28 U.S.C. § 1964, notice is hereby given that the above-referenced action has been commenced and is now pending in the United States District Court for the Middle District of Florida, Orlando Division.

THE ABOVE-STYLED CRIMINAL ACTION was initiated by an indictment returned by a federal grand jury at Orlando, Florida. Pursuant to the charges in said indictment, the United States has a basis for forfeiture of the following real property pursuant to Title 18 of the United States Code:

  <u>Address</u>:  2689 Spruce Creek Blvd., Port Orange, FL 32128

  <u>Legal</u>:   Lot 75, Spruce Creek Subdivision, Unit III-E, according
        To the map or plat thereof as recorded in plat Book 43,
        Pages 98 through 100, inclusive, public records of Volusia
        County, Florida

  Parcel ID  31-16-33-01-00-0750

RECORD OWNERS of the above-described real property are Bruce L. Jennings and Joanne M. Jennings by virtue of that certain **QUIT-CLAIM DEED, recorded in the public records of Volusia County, Florida, on October 11, 2012, Official Record Book 6769, Page 2844**.

TITLE 21, UNITED STATES CODE, SECTION 853(k) states that no party claiming an interest in property subject to forfeiture may commence an action at law or equity against the United States concerning the validity of their interest after the filing of an indictment.

TAKE FURTHER NOTICE that as of the date of the illegal acts giving rise to forfeiture, an ownership interest was created in the United States and that state, county, or local governments from said date have no taxing authority or power over the United States' interest in the property.

FOR FURTHER INFORMATION concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court

for the Middle District of Florida, Orlando, Division, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120.

>Respectfully submitted,
>
>ROBERT E. O'NEILL
>United States Attorney
>
>By    s/Nicole M. Andrejko
>       Nicole M. Andrejko
>       Assistant United States Attorney
>       Florida Bar No. 0820601
>       501 West Church Street, Suite 300
>       Orlando, Florida 32805
>       Telephone:  (407) 648-7500
>       Facsimile:   (407) 648-7643
>       E-mail:      Nicole.Andrejk@usdoj.gov