# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-   Case No. 6:12-cr-261-Orl-28KRS

BRUCE LEE JENNINGS

## ORDER TO SHOW CAUSE

Pursuant to the Court's Order Granting Motion to Continue Trial (Doc. No. 38, filed December 28, 2012), the parties were given notice that a criminal status conference in this case would be held before the undersigned judge at 9:15 A.M. on January 18, 2013. Counsel for the above-named defendant did not appear at the time and place scheduled for such hearing, and no prior notice was given to the Court for his non-attendance. Therefore, upon consideration, it is

**ORDERED** as follows:

Counsel for defendant, David A. Howard, Esquire, shall show cause in writing **within five (5) days** from the date of this Order why he failed to appear at the hearing held on January 18, 2013, or sanctions shall be imposed without further notice.

**DONE** and **ORDERED** at Orlando, Florida, on this 18th day of January, 2013.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record