UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-  Case No. 6:12-cr-261-Orl-28KRS

BRUCE LEE JENNINGS

## Consent to Institute a Presentence Investigation and Disclose the Report Before Conviction or Plea of Guilty

I, BRUCE LEE JENNINGS, hereby consent to a presentence investigation by the probation officers of the United States district courts. I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to me and my attorney, so that it may be considered by the judge.

I understand and agree that the report of the investigation will be disclosed to the judge and the attorney for the government, as well as to me and my attorney.

Dated: 1-28-13

BRUCE LEE JENNINGS

Dated: 1-28-13

Counsel for Defendant