UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-                                                Case No.  6:12-cr-261-Orl-28KRS

BRUCE LEE JENNINGS

---

ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

This case having been considered by the Court on the Report and Recommendation Concerning Plea of Guilty (Doc. No. 47, filed January 28, 2013) and no objection thereto having been filed, it is **ORDERED**

1.      The Report and Recommendation of the United States Magistrate Judge (Doc. No. 47) is **ACCEPTED**, **AFFIRMED** and **ADOPTED**.

2.      Defendant has knowingly, intelligently and voluntarily entered a plea of guilty to Counts One and Two of the Indictment.  Such plea is accepted, and Defendant is adjudicated guilty of Counts One and Two of the Indictment.

**DONE** and **ORDERED** at Orlando, Florida, this 31 day of January, 2013.

JOHN ANTOON II
United States District Judge

Copies to:
U. S. Magistrate Judge
United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant
Courtroom Deputy Clerk
Bruce Lee Jennings