UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:12-cr-261-Orl-28KRS
(Forfeiture)

**BRUCE LEE JENNINGS**

## PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court on United States' Motion for Preliminary Order of Forfeiture for the following:

<u>Address</u>: 2689 Spruce Creek Blvd., Port Orange, FL 32128

<u>Legal</u>: Lot 75, Spruce Creek Subdivision, Unit III-E, according to the map or plat thereof as recorded in plat Book 43, Pages 98 through 100, inclusive, public records of Volusia County, Florida

<u>Parcel ID</u>: 31-16-33-01-00-0750

which, at sentencing, shall be a final order of forfeiture as to defendant Bruce Lee Jennings.

Being fully advised in the premises, the Court hereby finds that the United States has established the requisite nexus between the defendant's distribution and possession of child pornography offenses, in violations of 18 U.S.C. §§ 2252A(a)(2)(B) and 2252A(a)(5)(B), charged in Counts One and Two of the Indictment, and the property more fully identified above.

Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion of the United States is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of Fed. R. Crim. P. 32.2(b)(2) and 18 U.S.C. § 2253, the property more fully identified above, is hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that:

1. The United States will provide written notice to all third parties known to have an alleged legal interest in the subject property and will publish notice on the internet at www.forfeiture.gov.

2. That any person, other than the defendant, who has or claims any right, title or interest in the above-described property must file a petition with this Court for a hearing to adjudicate the validity of his alleged interest in the forfeited property. The petition should be mailed to the Clerk of the United States District Court, Orlando Division, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120, within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

3. The petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the forfeited property, and any additional facts surrounding the petitioner's claim and the relief sought.

4. After receipt of the petition by the Court, the Court will set a hearing to determine the validity of the petitioner's alleged interest in the forfeited property.

5. That upon adjudication of all third-party interests in the above-described property, this Court will enter a Final Judgment of Forfeiture in which all interests will be addressed.

The Court retains jurisdiction to entertain any third party claims that may be asserted in these proceedings, and to enter any further orders necessary for the forfeiture and disposition of the above-referenced property.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida, this 18 day of February, 2013.

UNITED STATES DISTRICT JUDGE

Copies to: Attorneys of record