UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

    v.                     Case No. 6:12-cr-261-Orl-28KRS
                                     (Forfeiture)

**BRUCE LEE JENNINGS**

## NOTICE TO COURT REGARDING FORFEITURE

The United States of America, by and through the undersigned Assistant United States Attorney, hereby gives notice to the Court that it will not seek criminal forfeiture of the Seagate external hard drive, the Toshiba laptop, and the Western Digital external hard drive, more specifically identified as subject to forfeiture in the Notice of Maximum Penalty, Elements of Offense, Personalization of Elements and Factual Basis, (Doc. 43 at 3) in this action, because the Department of Homeland Security, U.S. Customs and Border Protection administratively forfeited the electronic equipment on April 1, 2013.

                        Respectfully submitted,

                        ROBERT E. O'NEILL
                        United States Attorney

By:   *s/ Nicole M. Andrejko*
       Nicole M. Andrejko
       Assistant United States Attorney
       Florida Bar Number 0820601
       400 West Washington Street, Suite 3100
       Orlando, Florida 32801
       Telephone: (407) 648-7500
       Facsimile: (407) 648-7643
       E-mail: Nicole.Andrejko@usdoj.gov

## CERTIFICATE OF SERVICE

       I hereby certify that on April 4, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David Howard, Esquire

                                          s/Nicole M. Andrejko
                                          Nicole M. Andrejko
                                          Assistant United States Attorney
                                          Florida Bar No. 0820601
                                          400 West Washington Street, Suite 3100
                                          Orlando, Florida 32801
                                          Telephone:   (407) 648-7500
                                          Facsimile:    (407) 648-7643
                                          E-Mail:       Nicole.Andrejko@usdoj.gov