UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:12-cr-261-Orl-28KRS

BRUCE LEE JENNINGS

_____/

## VERIFIED PETITION OF INTERESTED PARTY JOANNE JENNINGS FOR ANCILLARY HEARING PURSUANT TO 21 USC § 853(n)

COMES NOW Petitioner and innocent third party, JOANNE JENNINGS (hereinafter "the Petitioner"), by and through undersigned counsel, who petitions this Court for an ancillary hearing pursuant to Title 21 U.S.C. § 853(n), and asserts her interest as an innocent third party with respect to property which is subject to forfeiture by the United States in the above-styled case as follows:

1. Petitioner asserts her interest in the real property that is subject to forfeiture by the United States that is located at 2689 Spruce Creek Blvd., Port Orange, Florida 32128 (hereinafter "the Property") and more particularly described as:

LOT 75, SPRUCE CREEK SUBDIVSION, UNIT III-E, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 43, PAGES 98 THROUGH 100 INCLUSIVE, PUBLIC RECORDS OF VOLUSIA COUNTY, FLORIDA.

2. Petitioner holds a legal interest in the Property with the Defendant, BRUCE LEE JENNINGS, as tenants in the entirety.

3. Petitioner holds a legal interest in the Property based on her status as a beneficiary of a constructive trust pursuant to the Defendant's will.

4. Petitioner is an innocent third party spouse who had no participation in or knowledge of any criminal activities occurring on or in the vicinity of the Property. Petitioner had no knowledge that the Property was used to facilitate any criminal activities.

5. Petitioner is crime victim pursuant to 18 U.S.C. § 3771, the Crime Victims' Rights Act.

WHEREFORE, the Petitioner, JOANNE JENNINGS, seeks relief of forfeiture and hereby respectfully requests that this Honorable Court hold an ancillary hearing to the criminal proceeding at which the Petitioner may testify and present evidence and witnesses on her own behalf pursuant to 21 U.S.C. § 853(n)(5), and further that the Court fully recognize in the Final Order of Forfeiture the interest of Petitioner as set forth herein.

Executed this 19 day of April, 2013.

By: _____
JOANNE JENNINGS

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on April 19, 2013, with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to NICOLE M. ANDREJKO, Assistant United States Attorney, (Nicole.Andrejko@usdoj.gov); DAVID A. HOWARD, David A. Howard, P.A., (david@davidhowardlaw.com), counsel for defendant; and Myrna Amelia Mesa, Special Assistant United States Attorney, US Attorney Office - FLM (myrna.mesa@usdoj.gov), counsel for plaintiff.

KISTEMAKER BUSINESS LAW GROUP

By: _____
ERUM S. KISTEMAKER
Florida Bar No.: 389250
1651 N. Clyde Morris Blvd.
Suite 2
Daytona Beach, FL 32117
Phone: 386-310-7997
Fax: 386-478-4425
ekistemaker@e-kbusinesslaw.com
ATTORNEY FOR J JENNINGS