**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

    **v.**                         **Case No.  6:12-cr-261-Orl-28KRS**

**BRUCE LEE JENNINGS**

**GOVERNMENT'S RESPONSE TO COURT'S ORDER**

The United States of America, by and through the undersigned Special Assistant United States Attorney, files this response to the Court's order to provide the approximate number of images possessed or distributed by the defendant that involve prepubescent minors under the age of 12 pursuant to USSG §2G2.2(b)(2), and the approximate number of images that portray as sadistic or masochistic conduct pursuant to USSG §2G2.2(b)(4).  (Doc. 52).

JENNINGS possessed a total of 3221 movies and 1493 images, depicting the sexual abuse and exploitation of children.  Among the images, there were approximately 382 still images that contained sexual depictions of prepubescent children identified as 12 years old or younger.  Approximately 303 still images of prepubescent children 12 years old or younger, involved adult penetration of a child and/or sadistic/masochistic conduct.  Approximately 645 still images were sexual depictions of children over the age of 12; and approximately 286 still

images of children over 12 years old involved adult penetration of a child and/or sadistic/masochistic conduct.

Among the movies, there were approximately 264 movies that contained the sexual depictions of prepubescent children identified as 12 years old or younger. Approximately 2760 movies that contained prepubescent children, identified as 12 years old or younger, involved sadistic/masochistic conduct and/or adult vaginal, oral, and/or anal penetration of a child. There were inordinate number of movies involving the sexual abuse of babies and toddlers, who were raped, vaginally, anally and/or orally, by adults. Approximately 529 videos contained sexual depictions of children over 12 years old. There were approximately 226 movies with children over 12 years old that involved sadistic/ masochistic conduct and/or adult vaginal, oral, and/or anal penetration of a child. The movies also varied in length; while most were 10 minutes long, many were 30 minutes, and on occasion some movies were an hour or longer.

In summary, the total number of still images that involved prepubescent children under the age of 12 pursuant to USSG §2G2.2(b)(4) is 685. The total number of movies that involved prepubescent children under the age of 12 pursuant to USSG §2G2.2(b)(4) is 3024. After converting the number of movies to images (226,800 images), the defendant possessed 227,485 images that involved prepubescent children under the age of 12 pursuant to USSG §2G2.2(b)(4).

The total number of still images that involved sadistic/masochistic conduct pursuant to USSG §2G2.2(b)(4) is 589. The total number of movies that involved sadistic/masochistic conduct pursuant to USSG §2G2.2(b)(4) is 2986. After converting the number of movies to images (223,950 images), the defendant possessed 224,539 images that involved sadistic/masochistic conduct pursuant to USSG §2G2.2(b)(4).

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By: *s/ Myrna Amelia Mesa*
Myrna Amelia Mesa
Special Assistant United States Attorney
USA No. 122
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: myrna.mesa@usdoj.gov

**U.S. v. Bruce Lee JENNINGS**          **CASE NO. 6:12-cr-261-Orl-28KRS**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 24, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

David A. Howard

<u>*s/ Myrna Amelia Mesa*</u>
Myrna Amelia Mesa
Special Assistant United States Attorney
USA No. 122
400 W. Washington Street, Suite 3100
Orlando, Florida  32801
Telephone:   (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:        myrna.mesa@usdoj.gov