UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 6:12-cr-261-Orl-28KRS
(Forfeiture)

**BRUCE LEE JENNINGS**

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture for the following property:

(1) **$500,000.00 tendered to the United States by Joanne Jennings and the Defendant, in lieu of forfeiture of the Defendant's interest in the real property located at 2689 Spruce Creek Blvd., Port Orange, Florida (the Property).**

WHEREAS, on March 20, 2013, this Court entered a Preliminary Order of Forfeiture, Doc. 55, pursuant to the provisions of 18 U.S.C. § 2253, forfeiting to the United States of America all right, title, and interest of defendant, Bruce Lee Jennings, in the Property;

AND WHEREAS, in accordance with the provisions of 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States published notice of the forfeiture, and of its intent to dispose of the Property on the official governmental website, www.forfeiture.gov, from February 25, 2013 to March 26, 2013. Doc. 56. The publication gave notice to all third parties with a legal interest in the Property to file with the Clerk of the United States District Court, Orlando Division, 401 West

Central Blvd., Suite. 1200, Orlando, Florida 32801, a petition to adjudicate their interest within 60 days of the first date of publication;

AND WHEREAS, it appears from the record that all known claims to the Property have been resolved, except for the claim of Brandon Maxfield, who chose not to file a claim to contest the forfeiture of the Property. That because Brandon Maxfield did not file a timely claim to contest the forfeiture of the Property, he is now time barred from doing so.

AND WHEREAS, pursuant to the settlement agreement between the United States, Joanne Jennings and the Defendant, the Property was sold, and Joanne Jennings and the Defendant consented to the forfeiture of $500,000 obtained from the sale of the Property in lieu of the United States forfeiting the Defendant's interest in the Property.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That all right, title and interest in the $500,000 obtained from the sale of the Property is hereby condemned, forfeited and vested in the United States of America, pursuant to the provisions of 18 U.S.C. § 2253 and Fed. R. Crim. P. 32.2(c)(2).

2. That clear title to the $500,000.00 tendered to the United States by Joanne Jennings and the Defendant, in lieu of forfeiture of the defendant's interest in the Property is now vested in the United States, free and clear of the claims of Brandon Maxfield and Joanne Jennings.

3. That the Department of Homeland Security, Immigration and Customs Enforcement is directed to dispose of the $500,000.00 tendered to the United States by Joanne Jennings and the Defendant, in lieu of forfeiture of the Defendant's interest in the Property, according to law.

The Clerk of Court is hereby directed to send copies of this Order to all counsel of record.

DONE and ORDERED this 2nd day of October, 2013, at Orlando, Florida.

_____
UNITED STATES DISTRICT JUDGE