# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**USA,**

        **Plaintiff**

**v.**                                                   **Case No: 6:12-CR-261-ORL-28KRS**

**BRUCE LEE JENNINGS,**

        **Defendant.**

## CERTIFICATE OF EXHIBIT RETURN

The exhibit (see Exhibit List filed at Doc. No. 79) of the Government from the sentencing hearing which was held on May 30, 2013, has been returned to counsel as authorized by Local Rule 5.04 of the Local Rules of the United States District Court for the Middle District of Florida.

DATE OF RETURN:      February 5, 2016

                                            SHERYL L. LOESCH, CLERK

                                            By:    s/A. Justin, Courtroom Deputy Clerk

Copies to: United States Attorney's Office